IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02189-WDM-PAC

MARGARET E. OSBORNE,

    Plaintiff,

v.

LOST AND FOUND, INC.,

    Defendant.

## NOTICE OF DISMISSAL

The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on April 7, 2006.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge